COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Terrence Brent McNeil v. The State of Texas

Appellate case number:      01-13-00234-CR

Trial court case number:    1362563

Trial court:                338th District Court of Harris County

Appellant, Terrence Brent McNeil, has filed a pro se "Emergency Motion to Dismiss Appeal." In the motion, McNeil states that the public defender's office has a policy requiring counsel to visit an appellate client at least once during his or her case, but his appointed counsel has not visited him in prison and has "refused extension to file brief upon Appellants request." Appellant then moves that the Court "grant this Emergency Motion to Dismiss Appeal."

By filing a motion to dismiss his appeal, McNeil is effectively seeking to waive his right to appeal. McNeil has the right to waive his right to appeal. *See* TEX. CODE CRIM. PROC. art. 1.14 (West 2005); *Ex parte Broadway*, 301 S.W.3d 694, 697 (Tex. Crim. App. 2009). Any such waiver, however, must be made voluntarily, knowingly, and intelligently. *See Broadway*, 301 S.W.3d at 697; *Ex parte Tabor*, 565 S.W.2d 945, 946 (Tex. Crim. App. 1978).

Based on the content of his motion, it appears that McNeil is unhappy with his appointed counsel. McNeil does not, however, state that he no longer wishes to pursue his appeal, provide any reason why he wants to dismiss his appeal, or provide any other basis to show that he is voluntarily, knowingly, and intelligently seeking to waive his right to appeal. As a result, it does not appear that McNeil is voluntarily, knowingly, and intelligently seeking to waive his right to appeal. Accordingly, we DENY the motion.

It is so ORDERED.


Judge's signature: /s/ Chief Justice Sherry Radack
                    ☒ Acting individually    ☐ Acting for the Court
Date:  January 28, 2014